UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON D. FLOYD,

      Plaintiff,

                                                Case No. 19-cv-11599

v.

                                                HON. MARK A. GOLDSMITH

CREDIT ACCEPTANCE CORPORATION,

      Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

      The Court, having been advised that this matter has settled, dismisses the case without prejudice, subject to reopening in 30 days, to obtain a subpoena.

      SO ORDERED.

Dated: May 13, 2020                                       s/Mark A. Goldsmith
      Detroit, Michigan                               MARK A. GOLDSMITH
                                                      United States District Judge