UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHARON D. FLOYD, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ACCEPTANCE CORPORATION, <br><br> Defendant. | Case No. 2:19-cv-11599-MAG-DRG <br><br> Honorable Judge Benita Y. Pearson |

**STIPULATED ORDER DISMISSING COMPLAINT AGAINST
CREDIT ACCEPTANCE CORPORATION**

Upon the stipulation of Plaintiff Sharon D. Floyd ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), and the Court being advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint against Credit Acceptance is dismissed in its entirety with prejudice and without costs to either party.

SO ORDERED.

Dated:  June 22, 2020
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

The undersigned attorneys stipulate and consent to the form and substance of the above order:

| **SHARON D. FLOYD** | **CREDIT ACCEPTANCE CORPORATION** |
|---|---|
| /s/Alexander J. Taylor | /s/ Stephen W. King |
| Alexander J. Taylor | Stephen W. King |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, Ltd. | King and Murray PLLC |
| 2500 S. Highland Ave., Ste. 200 | 355 S. Old Woodward, Suite 100 |
| Lombard, Illinois 60148 | Birmingham, Michigan 48009 |
| Phone: (630) 575-8181 | Phone: (248) 792-2398 |
| ataylor@sulaimanlaw.com | sking@kingandmurray.com |